

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2022

No. 04-22-00787-CV

**IN THE INTEREST OF Z.R.M.**, a Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01812
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due November 28, 2022, but was not filed. Accordingly, we ORDER the court reporter to file the reporter's record **by December 12, 2022**. *See* TEX. R. APP. P. 35.3(c).

Entered on this 1st day of December 2022.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ,
Clerk of Court